James R. Birchmeier, Esquire #022821986
13,935J/jam
**BIRCHMEIER & POWELL LLC**
**ATTORNEYS AT LAW**
1891 State Highway 50, PO Box 582
Tuckahoe, NJ 08250
(609) 628-3414
(609) 628-2966 (FAX)
jbirchmeier@birchmeierlaw.com

Attorneys for Defendants Eugene Caldwell, II and Cumberland County

| | |
|---|---|
| Plaintiff<br>DEONTRAY GROSS<br><br>v.<br><br>Defendants<br>EUGENE CALDWELL, II; CUMBERLAND COUNTY; KRISTINA SMITH; CORRECTIONS OFFICER M. ANDERSON; CORRECTIONS OFFICER M. BONNER; CORRECTIONS OFFICER JACKSON; CORRECTIONS OFFICER WOODS; and JOHN DOES 1-10 | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL NO. 1:21-cv-018258<br><br>**STATEMENT PURSUANT TO LOCAL CIVIL RULE 7.1.1 CONCERNING THIRD PARTY LITIGATION FUNDING** |

The undersigned, as counsel of record for the Defendants Eugene Caldwell, II and Cumberland County, provides the following information in compliance with L. Civ. R. 7.1.1:

There is no person or entity that is not a party and is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of litigation, or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

BIRCHMEIER & POWELL LLC

Dated: March 8, 2023

s/ James R. Birchmeier
_____
by: James R. Birchmeier
Attorneys for Defendants Eugene Caldwell II
and Cumberland County